ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*J. Gregory Lahr*
*(212) 898-4014*
*gregory.lahr@sedgwicklaw.com*

January 9, 2012

*Via ECF*

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:    *Full Circle United, LLC v. Skee Ball, Inc.*
            Case No. 11-CV-5476 (DLI)(LB)
            *Skee Ball, Inc. v. Full Circle United, LLC*
            Case No. 11-CV-6277 (NGG)(JO)
            Our File No. : 11479-000001

Dear Judge Irizarry and Judge Garaufis:

We represent Full Circle United, LLC and are writing respectfully in response to Skee Ball, Inc.'s letter dated January 3, 2012, regarding the relatedness of the two actions referenced above.  As indicated in Skee Ball, Inc.'s letter, we agree that the actions are related and should be consolidated.  Pursuant to EDNY Local Rule 50.3.1(e), and in the event the Court determines that the actions are related, we assume that the consolidated action will continue under Case No. 11-CV-5476 as the lowest docket number between the two related cases, and proceed before Judge Irizarry with the caption for that docket number.

Respectfully yours,

/s/ J. Gregory Lahr

J. Gregory Lahr
Sedgwick LLP

JGL/

cc:    All Counsel via ECF

NY/758386v1