

**KRAUSS PLLC**

ONE NORTH BROADWAY | WHITE PLAINS NY 10601 | TEL 914 949 9100 | FAX 914 949 9109 | EMAIL GSK@KRAUSSNY.COM

Geri S. Krauss, Esq.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
JAN 24 2012 ★
BROOKLYN OFFICE

January 20, 2012

*[Handwritten:] NB - a copy of this Order is being faxed to defendant today and will be posted on ECF later. Permission to file the motion on Mon. Jan. 23, 2012 is granted so long as the motion otherwise complies with the requirements set forth in my Individual Rules and Practices. Documents not in compliance will be stricken summarily. Defendant is directed to serve a copy of this Order on plaintiff within 5 days of the date of this Order and immediately thereafter file proof of such service via ECF. So Ordered.*

*Dated: Bklyn, NY*
*1/20/12*
*s/DLI*
*U.S.D.J.*

VIA FAX

Honorable Judge Dora Irizarry
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Full Circle United, LLC v. Skee Ball, Inc.
United States District Court, Eastern District of New York
Case No.: 1:11-CV-5476 (DLI) (LB)

Dear Judge Irizarry:

This office represents Skeeball, Inc. as local counsel. Skeeball's motion papers are due today, however, we were unable to complete filing all of the papers in support of our motion to dismiss before ECF closed at 5:00 pm. Accordingly, I am requesting permission to serve all parties with the remaining supporting papers by midnight tonight by email and file the papers with ECF on Monday.

Very truly yours,

Geri S. Krauss

RJI:cmh

cc: via email:
  Robert Michael Harkins, Jr.
  Jennifer Ming
  Gregory J. Lahr
  Richard Idell
  Jann Moorhead
  Elizabeth J. Rest
  Ory Sandel