UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, a New York limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKEE BALL, INC., a Pennsylvania corporation,<br><br>　　　　Defendant. | Case No.:  CV11-5476 (DLI) (LB)<br><br><u>Consolidated with</u>:<br><br>Case No. 11-CV-6277 (DLI) (LB)<br><br>**NOTICE OF RE-FILING OF SKEE BALL, INC.'S NOTICE OF MOTION TO DISMISS OR STAY AND FOR A MORE DEFINITE STATEMENT, DOCUMENT NO. 7, PER OCTOBER 23, 2013 COURT ORDER OF HON. MAGISTRATE JUDGE LOIS BLOOM**<br><br>Honorable Judge Dora L. Irizarry, Presiding<br><br>Magistrate Judge Lois Bloom |
| SKEE BALL, INC., a Pennsylvania corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FULL CIRCLE UNITED, LLC, a New York limited liability company,<br><br>　　　　Defendant. | Complaint in lead case filed: November 8, 2011<br><br>Complaint in consolidated case filed: October 5, 2011 (USDC, Northern District California)<br><br>Consolidated case transferred to EDNY: December 23, 2011<br><br>Counterclaim filed: January 27, 2012<br><br>(E-Filing) |

<u>**NOTICE**</u>

TO:　　THE HONORABLE JUDGE DORA L. IRIZARRY, THE HONORABLE

　　　　JUDGE LOIS BLOOM, AND TO ALL PARTIES AND THEIR ATTORNEYS

　　　　OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the October 23, 2013 Order of the Hon. Magistrate Judge Lois Bloom, SKEE BALL, INC. ("SBI"), the defendant in Case No. CV11-5476 (DLI) (LB), hereby re-files its Notice of Motion to Dismiss or Stay and For a More Definite Statement, previously filed on January 20, 2012 as Document No. 7, which is attached

//

hereto as Exhibit "A".

|  |  | KRAUSS PLLC |
|---|---|---|
| Dated: November 1, 2013 | By: | /s/_____ |
|  |  | Geri S. Krauss |
|  |  | 1 N. Broadway, Suite 1001 |
|  |  | White Plains, New York 10601-2310 |
|  |  | Telephone: (914) 949-9100 |
|  |  | Facsimile: (914) 949-9109 |

RICHARD J. IDELL (*pro hac vice*)
IDELL & SEITEL LLP
Merchants Exchange Building
465 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
*Attorneys for Skee Ball, Inc., a Pennsylvania corporation*

# Exhibit "A"

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULL CIRCLE UNITED, LLC, a New York limited liability company;<br><br>        Plaintiff,<br>v.<br><br>SKEE BALL, INC., a Pennsylvania corporation,<br><br>        Defendant. | Case No.: CV11-5476 (DLI) (LB)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Documents Filed Herewith:** Memorandum of Law; Request for Judicial Notice; Declaration of Richard J. Idell; [Proposed] Order<br><br>Honorable Judge Dora L. Irizarry, Presiding<br>Magistrate Judge Lois Bloom<br><br>Complaint filed: November 8, 2011<br><br>**Date of Service: January 20, 2012**<br><br>(E-Filing) |

## NOTICE OF MOTION TO DISMISS OR STAY AND FOR A MORE DEFINITE STATEMENT

TO: PLAINTIFF AND ITS ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that upon the attached Memorandum of Law, Request for Judicial Notice and Declaration of Richard J. Idell filed herewith, and the pleadings, files and such other and further documentary and oral evidence and matters as may be brought before the Court on this matter, attorneys for Defendant SKEE BALL, INC., a Pennsylvania corporation ("Defendant" or "SBI"), by and through its attorneys, KRAUSS PLLC, will move, and hereby do move this Court, the Honorable Judge Dora L. Irizarry, located in Courtroom 4A S, United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date convenient to the Court, for an Order granting SBI's

Motion to Dismiss or Stay and for a More Definite Statement in the above-captioned matter, pursuant to F.R.C.P. 12(b)(6) and 12(e). Specifically, SBI moves:

1. For an Order dismissing the Complaint because each of the claims for relief arise out of the same transaction or occurrence that is the subject matter of the first-filed SBI Action (defined below), and thus must be pled as compulsory counterclaims in the SBI Action pursuant to F.R.C.P. 13(a) as FULL CIRCLE UNITED, LLC, a New York limited liability company ("Plaintiff" or "Full Circle") has now plead in the SBI Action. In the alternative, the Court should order that Full Circle prosecute its claims as compulsory counterclaims, which it recently filed in the first-filed SBI Action, and stay this action until the SBI Action is resolved.

2. If the Complaint is not dismissed pursuant to Paragraph 1, for an Order pursuant to F.R.C.P. 12(b)(6) dismissing those allegations of Count IV (Breach of Contract) without leave to amend that relate to any purported oral agreement between Full Circle and SBI, since any such oral agreement is barred by New York law and by the written 2010 Agreement; and

3. If the Complaint is not dismissed pursuant to Paragraph 1, for an Order dismissing Count IV (Breach of Contract) in its entirety pursuant to F.R.C.P. 12(b)(6), without leave to amend, on the grounds that Full Circle has not and cannot allege any facts to support its claim for breach of contract; and

4. If Count IV (Breach of Contract) is not dismissed, SBI seeks an Order requiring Full Circle to provide a more definite statement with regard to Count IV pursuant

NOTICE OF MOTION TO DISMISS OR STAY AND FOR A MORE DEFINITE STATEMENT

to F.R.C.P. 12(e) on the grounds that the claim for relief is so vague and ambiguous that SBI cannot reasonably prepare a response; and

5. If the Complaint is not dismissed pursuant to Paragraph 1, for an Order dismissing Count V (Breach of the Covenant of Good Faith and Fair Dealing) pursuant to F.R.C.P. 12(b)(6), without leave to amend, on the grounds that Full Circle has not and cannot allege any facts to support its claim for breach of the covenant of good faith and fair dealing; and

6. If Count V (Breach of the Covenant of Good Faith and Fair Dealing) is not dismissed, SBI seeks an Order requiring Full Circle to provide a more definite statement with regard to Count IV pursuant to F.R.C.P. 12(e) on the grounds that the claim for relief is so vague and ambiguous that SBI cannot reasonably prepare a response; and

7. If the Complaint is not dismissed pursuant to Paragraph 1, for an Order dismissing Count VI (Unfair Competition), pursuant to F.R.C.P. 12(b)(6), without leave to amend, on the grounds that Full Circle has failed to state a claim upon which relief can be granted; and

8. If Count VI (Unfair Competition) is not dismissed, SBI seeks an Order requiring Full Circle to provide a more definite statement with regard to Count VI pursuant to F.R.C.P. 12(e) on the grounds that the claim for relief is so vague and ambiguous that SBI cannot reasonably prepare a response; and

9. If the Complaint is not dismissed pursuant to Paragraph 1, for an Order dismissing Count VII (Sherman Act Violation) pursuant to F.R.C.P. 12(b)(6),

without leave to amend, on the grounds that Full Circle has failed to state a claim upon which relief can be granted; and

10. If Count VII (Sherman Act Violation) is not dismissed, SBI seeks an Order requiring Full Circle to provide a more definite statement with regard to Count VII pursuant to F.R.C.P. 12(e) on the grounds that the claim for relief is so vague and ambiguous that SBI cannot reasonably prepare a response.

Dated: January 20, 2012          KRAUSS PLLC

                                 By:     /s/
                                 Geri S. Krauss
                                 *Attorneys for Defendant Skee Ball, Inc., a Pennsylvania corporation*
                                 1 N. Broadway, Suite 1001
                                 White Plains, New York 10601-2310
                                 Telephone: (914) 949-9100
                                 Facsimile: (914) 949-9109

                                 RICHARD J. IDELL (*pro hac vice* to be filed)
                                 IDELL & SEITEL LLP
                                 Merchants Exchange Building
                                 465 California Street, Suite 300
                                 San Francisco, California 94104
                                 Telephone: (415) 986-2400
                                 Facsimile: (415) 392-9259