AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| FULL CIRCLE UNITED, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-CV-5476-DLI-LB |
| SKEE-BALL, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Full Circle United, LLC

Date: 12-23-13

*Attorney's signature*

Kristen McCallion (KM 5593)
*Printed name and bar number*

FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor,
New York, NY 10022

*Address*

mccallion@fr.com
*E-mail address*

(212) 641-2261
*Telephone number*

(212) 258-2291
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of December, 2013, the foregoing NOTICE OF APPEARANCE of Kristen McCallion was filed via electronic filing with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record.

    /s/ Lisa Y. Ng
    Lisa Y. Ng