UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



| | |
|---|---|
| FULL CIRCLE UNITED, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SKEE BALL, INC.,<br><br>        Defendant. | Civil Action No. 11-CV-5476 (LB) |
| SKEE BALL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FULL CIRCLE UNITED, LLC,<br><br>       Defendant. | Civil Action No. 11-CV-6277 (LB) |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS

Notice is hereby given that, subject to approval by the Court, Full Circle United, LLC substitutes John T. Johnson, State Bar No. 2589182 of Fish & Richardson P.C. as counsel of record in place of Robert M. Harkins, J. Gregory Lahr and Jennifer Ming of Sedgwick LLP.

Contact information of new counsel is as follows:

| | |
|---|---|
| Firm Name: | FISH & RICHARDSON P.C. |
| Address: | 601 Lexington Avenue, 52nd Floor<br>New York, New York 10022 |
| Telephone: | (212) 765-5070 |
| Fax: | (212) 258-2291 |
| Email: | jjohnson@fr.com |

I consent to the above substitution.

Date: May 27, 2014                              /s/ Eric Pavony
                                                Signature of Party
                                                Full Circle United, LLC


I consent to being substituted.

Date: May 27, 2014                              /s/ Robert M. Harkins
                                                Signature of Former Attorney
                                                Robert M. Harkins


I consent to being substituted.

Date: May 27, 2014                              /s/ J. Gregory Lahr
                                                Signature of Former Attorney
                                                J. Gregory Lahr


I consent to being substituted.

Date: May 27, 2014                              /s/ Jennifer Ming
                                                Signature of Former Attorney
                                                Jennifer Ming


I consent to the above substitution.

Date: May 27, 2014                              /s/ John T. Johnson
                                                Signature of New Attorney
                                                John T. Johnson


The substitution of attorney is hereby approved and so ORDERED.

Date: 5/29, 2014                                /S/ Judge Lois Bloom
                                                Honorable Lois Bloom
                                                United States Magistrate Judge

2